# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| KATHY CRAIG and GARY WITT, individually and as successors in interest to BRANDON LEE WITT, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, and NICHOLAS PETROPULOS, an individual, and DOES 1–10, inclusive, <br><br> Defendants. | Case No.: SACV 17-00491-CJC(KESx) <br><br> JUDGMENT |

This action came on regularly for trial on April 23, 2019 in Courtroom 7C of the United States District Court, Central District of California, Honorable Cormac J. Carney, presiding. Plaintiffs Kathy Craig and Gary Witt were represented by attorneys Dale K. Galipo and Melanie T. Partow of the Law Offices of Dale K. Galipo and Scott D. Hughes of The Law Offices of Scott Hughes. Defendants County of Orange and Nicholas Petropulos were represented by David Lawrence and Natalie Price of Lawrence Beach Allen & Choi, PC.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

## PHASE I

We, the jury in the above entitled case, find the following verdict on the questions submitted to us:

## QUESTION 1:

Did Deputy Petropulos use excessive or unreasonable force against Brandon Witt?

   \_\_\_\_X\_\_\_\_ YES        _____ NO

*If you answered "YES," proceed to Question 2.*
*If you answered "NO," answer no further questions, proceed to the end, and sign and date the verdict.*

//

**QUESTION 2:**

Did Deputy Petropulos violate Brandon Witt's rights under California Civil Code § 52.1?

               \_\_\_\_X\_\_\_\_ YES            _____ NO

*Proceed to Question 3.*

**QUESTION 3:**

Was Brandon Witt also negligent during the incident in question?

               \_\_\_\_X\_\_\_\_ YES            _____ NO

*If you answered "YES," then answer Question 4.*
*If you answered "NO," proceed to Question 6.*

**QUESTION 4:**

Was Brandon Witt's negligence a substantial factor in causing his death?

               \_\_\_ X _____ YES          _____ NO

*If you answered "YES," then answer Question 5.*
*If you answered "NO," proceed to Question 6.*

///

**QUESTION 5:**

What percentage of fault do you assign for negligence?

Deputy Petropulos             60%

Brandon Witt                40%

Your total must equal 100%.

*Proceed to Question 6.*

**QUESTION 6:**

Did Deputy Petropulos act with malice, oppression, or in reckless disregard of Brandon Witt's rights?

____X____ YES          _____ NO

//

# PHASE II

We, the jury in the above entitled case, find the following verdict on the questions submitted to us:

## QUESTION 1:

What are Brandon Witt's survival damages for his loss of life and for his pre-death pain and suffering?

Brandon Witt:

Loss of life:                                    $ 1,800,000.00

Pre-death pain and suffering:        $   200,000.00

*Proceed to Question 2.*

## QUESTION 2:

What are Plaintiffs' wrongful death damages for their past and future loss of Brandon Witt's love, companionship, comfort, care, training, education, protection, affection, society, and moral support?

A. Kathy Craig

Past loss:                                     $ 700,000.00

Future loss:                                  $         0.00

B. <u>Gary Witt</u>

    Past loss:                       $ <u>700,000.00</u>

    Future loss:                    $ <u>      0.00</u>

*Proceed to Question 3.*

**QUESTION 3:**

What amount of punitive damages do you award against Deputy Petropulos to punish him and to deter similar acts in the future?

$ <u>      0.00</u>

**IT IS NOW THEREFORE ORDERED, ADJUDGED, AND DECREED** that final judgment in this action be entered as follows:

Total judgment in the sum of $3,400,000.00, plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), interest at the rate specified by 28 U.S.C. §1961, and reasonable attorneys' fees as will be determined by the court, is entered against Defendants County of Orange and Nicholas Petropulos in favor of Plaintiffs Kathy Craig and Gary Witt.

//

Plaintiffs Kathy Craig and Gary Witt are the prevailing parties and may apply to the court for an award of costs and reasonable attorneys' fees as permitted by state and federal law. **IT IS SO ORDERED.**

DATED:     May 9, 2019

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE