Name: David D. Lawrence, Esq. [123039]
Address: 2677 North Main Street, Suite 370
City, State, Zip: Santa Ana, California 92705
Phone: 714-479-0180
Fax: 714-479-0181
E-Mail: dlawrence@lbaclaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KATHY CRAIG, and GARY WITT, individually and as successors-in-interest to BRANDON LEE WITT, deceased

PLAINTIFF(S),

v.

County of Orange and Nicholas Petropulos

DEFENDANT(S).

CASE NUMBER:

SACV 17-0049l-CJC(KESx)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Defendants County of Orange and Nicholas Petropulos** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Denial of Defendants' Motions Under Rules 50(b), 59(a), and 59(e) (Docket No. 244)

☒ Judgment (specify):
Jury Verdict for Plaintiffs in § 1983/state law civil rights action (Docket No. 207)

☐ Other (specify):

Imposed or Filed on **September 5, 2019**. Entered on the docket in this action on **September 6, 2019**.

A copy of said judgment or order is attached hereto.

October 4, 2019
Date

/s/ David D. Lawrence
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).